## SAMUEL CURBOW V. THE STATE.

No. 20575. Delivered November 8, 1939.

The opinion states the case.

*Gray & Pope,* of Tyler, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The offense is robbery; penalty assessed at confinement in penitentiary for a period of thirty years.

The record fails to show that notice of appeal was given and entered upon the minutes of the trial court. In the absence of such a showing, this court is without jurisdiction to determine matters presented for review. See Art. 827, C. C. P., also Brown v. State, 124 S. W. (2d) 124, Scott v. State, 119 S. W. (2d) 884, and cases cited.

The appeal is dismissed.